**SUNTIDE HOMES, LLC, Respondent,**

v.

**Barbara LAWRENCE, Appellant.**

**No. ED 100361.**

Missouri Court of Appeals,
Eastern District,
Division Two.

June 24, 2014.

Application for Transfer to Supreme Court Denied Aug. 7, 2014.

Application for Transfer Denied Sept. 30, 2014.

Michael K. Daming, St. Louis, MO, for respondent.

Barbara Lawrence, Pro Se, St. Louis, MO, for appellant.

Before LAWRENCE E. MOONEY, P.J., ROBERT G. DOWD, JR., J., and SHERRI B. SULLIVAN, J.

### ORDER

PER CURIAM.

Barbara Lawrence appeals from the trial court's judgment in favor of Suntide Homes, LLC, in Suntide's action for money due and owing for work Suntide performed on Ms. Lawrence's house. An opinion would have no precedential value. We have furnished the parties with a memorandum, for their information only, explaining the reasons for our decision. We affirm. Rule 84.16(b)(1) & (5).